# IN THE SUPREME COURT OF THE STATE OF NEVADA

DANIEL OMERZA; DARREN BRESEE;
AND STEVE CARIA,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RICHARD SCOTTI, DISTRICT JUDGE,
Respondents,
and
FORE STARS, LTD.; 180 LAND CO.,
LLC; AND SEVENTY ACRES, LLC,
Real Parties in Interest.

No. 76240

FILED

OCT 17 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF PROHIBITION OR MANDAMUS

This original petition for a writ of prohibition or mandamus challenges a district court order denying a motion to dismiss in a tort action. Having considered the petition and appendices filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying

18-40852

motions to dismiss); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Gibbons

_____, J.
Stiglich

cc:    Hon. Richard Scotti, District Judge
      Brownstein Hyatt Farber Schreck, LLP/Las Vegas
      EHB Companies, LLC
      The Jimmerson Law Firm, P.C
      Eighth District Court Clerk

